[No. 38025-1-II.  Division Two.  July 21, 2009.]

*In the Matter of the Personal Restraint of* GERALD WHITE III, *Petitioner.*

Petition for relief from personal restraint. Case *transferred* to superior court for a decision on the merits by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater, J.; Penoyar, J., dissenting.

[No. 27337-7-III.  Division Three.  July 21, 2009.]

*In the Matter of the Marriage of* TRISHA C. PFEIFER, *Appellant*, and PHILLIP G. PFEIFER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-3-00055-1, Salvatore F. Cozza, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 26989-2-III.  Division Three.  July 23, 2009.]

THE STATE OF WASHINGTON, Respondent, v. ARNOLD LEE DAVIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02319-5, Ellen K. Clark, J., entered March 24, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 27012-2-III.  Division Three.  July 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON LYNN VANWINKLE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00183-6, Craig J. Matheson, J., entered March 19, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.